# Court of Appeals
# of the State of Georgia

ATLANTA,  December 30, 2015

*The Court of Appeals hereby passes the following order:*

**A16A0189. KELLY v. FEDERAL NATIONAL MORTGAGE ASSOCIATION.**

This appeal was docketed on September 23, 2015. On September 25, appellant Tony Kelly's counsel moved to withdraw on the grounds that the trial court had granted counsel's motion to withdraw on September 8, 2015, and that Kelly had filed a notice of appeal on his own behalf in the trial court. On October 8, Kelly moved for an extension to file an initial brief. On October 13, this Court granted Kelly an extension until November 12, 2015; on October 14, we granted counsel's motion to withdraw.

This Court having granted Kelly an extension until November 12, 2015, and no initial brief or request for additional extension having been filed by December 29, 2015, Kelly's appeal is DISMISSED. Court of Appeals Rule 23 (a) (failure to file a brief within the allotted time "may result in the dismissal of the appeal").



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  12/30/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*